JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE ELMORE,<br><br>            Plaintiff,<br>   v.<br>NEW ALBERTSON'S, INC.; and DOES 1 through 50,<br><br>            Defendants. | Case No. CV 11-04802-ODW (JCx)<br><br>**JUDGMENT** |

After consideration of the parties' papers and evidence submitted for Defendant New Albertson's Motion for Summary Judgment (ECF No. 17), **IT IS HEREBY ORDERED** that:

    1.    Plaintiff Elmore takes nothing;

    2.    Judgment for Defendant New Albertson's, Inc;

    3.    The Clerk of Court shall close this case.

August 15, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**